# LAW OFFICES OF WENARSKY AND GOLDSTEIN, LLC

**JACK E. WENARSKY, ESQ.**\*\*  
**SCOTT J. GOLDSTEIN, ESQ.**\*\*  
\*\*ADMITTED IN NY AND NJ

**ATTORNEY'S CONTACT**  
Scott J. Goldstein  
Direct Phone:   (973) 453-2871  
Direct Email:    Scott@wg-attorneys.com

**LEDGEWOOD**  
410 STATE ROUTE 10 WEST, STE 214  
LEDGEWOOD, NJ 07852

**NEW YORK CITY**  
43 WEST 43RD STREET, STE 188  
NEW YORK, NY 10036  
BY APPOINTMENT ONLY

February 23, 2024

**Via CM/ECF**  
Honorable Cecelia G. Morris  
355 Main Street  
Poughkeepsie, NY 12601-3315

**In re: Glenn Fredriksen and Angela Fredriksen Case No. 23-35453**  
**Chapter 13 Bankruptcy**

Dear Judge Morris:

    This letter will confirm that the within matter, currently scheduled for February 27, 2024 is hereby rescheduled for April 2, 2024 at 9:00 am. This adjournment is done with the consent of the Trustee and all interested parties.

    If the Court needs additional information, please contact me.

Respectfully,

_____  
Scott J. Goldstein, Esq.

---

**North Jersey Office**

410 State Route 10 West, Ste 214  
Ledgewood, NJ 07852

Tel:  973-927-5100  
Fax:  973-927-5252

info@wg-attorneys.com  
www.wg-attorneys.com

**New York Office**

43 West 43rd Street, Ste 188  
New York, NY 10036-7424

By Appointment Only